# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| GLYNIS BETHEL, | : | |
| Petitioner, | : | |
| vs. | : | CA 11-0349-KD-C |
| JUDGE MICHELLE M. THOMASON, et al., | : | |
| | : | |
| Respondents. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 15, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of August, 2011.

                                            s/ Kristi K. DuBose  
                                            KRISTI K. DuBOSE  
                                            UNITED STATES DISTRICT JUDGE